IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES BRIAN WRIGHT,
    Petitioner,

vs.                                               Case No.: 5:15cv287/LAC/EMT

N.C. ENGLISH, WARDEN,
    Respondent.
_____/

## **O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 25, 2016 (ECF No. 21). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.	The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (ECF No. 1) is **DENIED**.

**DONE AND ORDERED** this 23rd day of August, 2016.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 5:15cv287/LAC/EMT